# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FRANK CHAPMAN, SAMUEL LOMAX, and CECIL L. MORTON, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case number 4:05cv2334 TCM ) |
| SAMUEL J. SIMON and GENE STUBBLEFIELD, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the Court on its own motion.

Pursuant to Local Rule 2.08(A) of the United States District Court of the Eastern District of Missouri, this case was randomly assigned to the undersigned, a United States Magistrate Judge. Consequently, in order to retain jurisdiction pursuant to 28 U.S.C. § 636(c), each party must consent to the undersigned's jurisdiction. The Court has before it a consent/option form with both the consent section and the section indicating that the party wishes to have the case transferred to a United States District Judge completed and signed by Mr. Chapman.

Because other communications have indicated that the parties wish to consent to the undersigned's jurisdiction, the Court will assume that Mr. Chapman intended to consent to the undersigned's jurisdiction. If Mr. Chapman wants to have a District Judge hear his case, he must file a consent/option form with *only* the option portion completed within fifteen days

of the date of this Order.  **Failure to file an option form will result in the case being heard by the undersigned**.

    **SO ORDERED**.

                          /s/ Thomas C. Mummert, III
                          THOMAS C. MUMMERT, III
                          UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of June, 2006.