# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FRANK CHAPMAN, SAMUEL LOMAX, and CECIL L. MORTON, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case number 4:05cv2334 TCM<br>) |
| SAMUEL J. SIMON and GENE STUBBLEFIELD, | )<br>)<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order filed this date in the above-named cause of action and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is DISMISSED.

**IT IS FURTHER ORDERED** that an appeal from this Judgment would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of October, 2006.